UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20050-PCH

JESUS GONZALEZ,

    Plaintiff,

v.

ORION COLONIAL PLAZA LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 11], filed on February 14, 2024. Plaintiff advises the Court that, pursuant to Federal Rule of Civil Procedure 41(a), he wishes to voluntarily dismiss this action without prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**, with each side to bear its own fees and costs. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on February 15, 2024.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record